UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISHA POOL                                              CIVIL ACTION NO. 15-6658

VERSUS                                                    SECTION "N"(2)

THE UNITED STATES POSTAL                                  JUDGE ENGELHARDT
SERVICE, *et al.*
                                                          MAG. JUDGE WILKINSON

\*   \*   \*   \*   \*

**ORDER**

Considering Federal Defendants' unopposed motion to dismiss the claims asserted against Robert William Fullerton, II ("Fullerton"), a federal employee, and the United States Postal Service ("USPS"), a federal agency, and to substitute the United States of America as the sole named Federal Defendant in the above-captioned matter,

**IT IS ORDERED** that the motion to dismiss is **GRANTED**. All claims asserted against Fullerton and the USPS in this matter are **DISMISSED** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that the motion to substitute is **GRANTED**. The Clerk of Court shall substitute the United States of America as the sole named party defendant in this matter.

**IT IS FURTHER ORDERED** that the caption of this case shall be amended to reflect the substitution of the United States of America as the sole named party defendant.

New Orleans, Louisiana, this 30th day of March 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE