UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISHA POOL** | **CIVIL ACTION NO. 15-6658** |
| **VERSUS** | **SECTION "N"(2)** |
| **UNITED STATES OF AMERICA** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE WILKINSON** |

\* \* \* \* \*

## UNITED STATES' UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE FOR LACK OF SUBJECT-MATTER JURISDICTION

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes Federal Defendant, the United States of America ("Federal Defendant"), and respectfully moves to dismiss the above-captioned matter due to lack of subject-matter jurisdiction. Plaintiff, Chrisha Pool, failed to exhaust her administrative remedies under the Federal Tort Claims Act, 28 U.S.C. § 2761 *et seq.*, prior to filing suit. Accordingly, this matter is premature and must be dismissed without prejudice for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Plaintiff does not oppose this motion.

**WHEREFORE,** for the reasons set forth in its supporting memorandum, Federal Defendant respectfully prays that this Honorable Court grant this unopposed motion, and thereby dismiss the matter without prejudice for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 1st day of April, 2016.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


    */s/ K. Paige O'Hale*
**K. PAIGE O'HALE**
NC Bar No. 44667, LA Bar No. 35943
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3155
Fax: (504) 680-3174
Paige.OHale@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically and/or by first-class mail, postage prepaid, on this 1st day of April, 2016, on counsel for all parties.

    */s/ K. Paige O'Hale*
**K. PAIGE O'HALE**
Assistant United States Attorney