UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISHA POOL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>and ROBERT FULLERTON, II )<br>)<br>Defendants. ) | Case No. 2:15-cv-06658-KDE-JCW |

**DECLARATION OF NATHAN T. SOLOMON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Nathan T. Solomon, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and submit this Declaration in support of Defendant's Motion to Dismiss.

1.  I make this Declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the following matters.

2.  I work for the United States Postal Service ("USPS") as an attorney at its National Tort Center ("NTC") in St. Louis, Missouri. I have been licensed to practice law in the state of Pennsylvania since 2013, and have been employed by the USPS since August 2013. Duties of NTC personnel include, among other things, adjudication of personal injury and other tort claims that are filed against the Postal Service pursuant to the Federal Tort Claims Act ("FTCA"). As part of my duties, I have access to records of Administrative Claim Files filed with the agency, including the Administrative Claim File in this case.

3.  In my capacity as a NTC attorney, I was personally responsible for the oversight of the adjudication of the administrative claim filed by Chrisha Pool

with the Postal Service. The exhibits below are part of that Administrative Claim File and, therefore, arerecords contained in the USPS's files. In addition, they were made at or near the time indicated on the records in accordance with USPS's regular business practices by an individual with personal knowledge, and have been kept in the course of USPS's regularly conducted activities:

4. I am familiar with the allegations set forth in the above-captioned action that pertain to a July 9, 2013 traffic incident.

5. Attached hereto as Exhibit A is a true and correct copy of a Standard Form 95, dated June 15, 2015, and submitted on behalf of the Plaintiff. The standard practice in the NTC is to date stamp all mail on the day it is received. Therefore, upon information and belief, the Postal Service received Plaintiff's administrative claim on June 18, 2015.

6. Attached hereto as Exhibit B is a true and correct copy of a letter, dated June 24, 2015, from a U.S. Postal Service Adjudicator to Plaintiff. The letter acknowledges receipt of Plaintiff's Standard Form 95 and states that the Postal Service received Plaintiff's Standard Form 95 on June 18, 2015 and that the Postal Service has six months from June 18, 2015 to adjudicate the claim.

7. Attached hereto as Exhibit C is a true and correct copy of a February 9, 2016 certified letter issuing a final denial of Plaintiff's claim for injuries allegedly sustained on July 9, 2013. I personally authorized issuance of this denial letter.

8. As of December 10, 2015, the Postal Service had not issued a final written denial of Plaintiff's administrative claim.

Executed this \_\_1st\_NTS\_\_th day of April, 2016, St. Louis, Missouri.

By: _____
Nathan Solomon
Attorney
National Tort Center
United States Postal Service