UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISHA POOL | CIVIL ACTION NO. 15-6658 |
| VERSUS | SECTION "N"(2) |
| UNITED STATES OF AMERICA | JUDGE ENGELHARDT |
| | MAG. JUDGE WILKINSON |

\* \* \* \* \*

### ORDER

Considering Federal Defendant's unopposed motion to dismiss without prejudice (Rec. Doc. 19) the claims asserted against the United States of America in the above-captioned matter,

**IT IS ORDERED** that the unopposed motion to dismiss is **GRANTED**. All claims asserted against the United States of America in this matter are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 4th day of April 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE